UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DAVE MICHAEL GENERAL,

Petitioner,

v.

SHERYL RAMSTAD HVASS,

Respondent.

Civil No. 01-2345 (PAM/AJB)

**ORDER**

Petitioner has filed a petition for writ of habeas corpus asserting that he is being unlawfully incarcerated at the Minnesota Correctional Facility, Faribault, Minnesota.

Respondent is directed to make a return in writing within 20 days from the date of this Order. The return shall certify the true cause of petitioner's detention and shall further show cause why the writ should not be granted.

The return shall be filed with the Court and shall include:

1. Such affidavits and exhibits as are needed to establish the lawfulness of petitioner's incarceration in light of the issues raised in the petition;

2. A reasoned memorandum of law and fact fully stating respondent's legal position and recommendation as to the need for this court to conduct an evidentiary hearing on the merits of the petition, in light of the requirements of pertinent statutes and other legal authority;

3. Certified copies of all trial court records, state appellate proceedings, prison records and other documents that may be material to the issues raised by the petition.



DEC 26 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Respondent's return should specifically address the issue of whether all of Petitioner's current constitutional claims have been fairly presented to, and decided on the merits by, the highest possible State court, and if not, whether there are any state court remedies still available for any such claims that have not been so presented and decided.

The Court will entertain a motion to grant the relief requested in the petition if the return required by this Order is not timely filed.

**IT IS FURTHER ORDERED THAT** upon filing of this Order and the return to be submitted by respondent, the parties shall await the further order of this Court.

Dated: 12/26/01

Arthur J. Boylan
United States Magistrate Judge