**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

DAVE MICHAEL GENERAL,

Petitioner,

v.

SHERYL RAMSTAD HVASS,

Respondent.

**CIVIL NO. 01-2345 (PAM/AJB)**

**ORDER**

Respondent has moved for an extension of time in which to respond to Petitioner's Petition for Writ of Habeas Corpus.

Based upon the file, records and proceedings, IT IS HEREBY ORDERED:

Respondent's Response to Petition for Writ of Habeas Corpus shall be filed on or before February 5, 2002.

Dated: January 2, 2002

BY THE COURT:

Arthur J. Boylan
United States Magistrate Judge

FILED JAN 02 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK